## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CCM PATHFINDER GRAMERCY, LLC, | ) ) ) | 08 Civ. _5298_ |
| Plaintiff, | ) ) | Removed from: Supreme Court of the State of New York |
| -against- | ) ) | County of New York |
| COMPASS FINANCIAL PARTNERS LLC and COMPASS USA SPE LLC, | ) ) ) | Index No. 107207/08 Date Filed: 05/22/08 |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I caused a true and correct copy of the NOTICE OF REMOVAL to be served by Federal Express upon the following:

> Betty M. Shumener
> Todd B. Marcus
> Robert J. Odson
> DLA Piper US LLP
> 1251 Avenue of the Americas
> New York, NY 10020
> (212) 335-4500

DATED:      June 10, 2008

By: _____