Scott A. Edelman (SE-5247)
Daniel M. Perry (DP-6966)
MILBANK, TWEED, HADLEY & McCLOY, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Counsel for Compass Financial Partners LLC and*
*Compass USA SPE LLC*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CCM PATHFINDER GRAMERCY, LLC )<br><br>Plaintiff, )<br><br>-against- )<br><br>COMPASS FINANCIAL PARTNERS LLC and COMPASS USA SPE LLC, )<br><br>Defendants. ) | Case No: 08 Civ. 5298 (JSR)<br><br>**SUPPLEMENTAL DECLARATION OF GABRIEL WEAVER IN SUPPORT OF COMPASS'S MOTION FOR TRANSFER OF VENUE TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA** |

I, Gabriel Weaver, declare as follows:

1.     I am duly licensed to practice law in the States of New York and California, and in the United States District Court, Southern District of New York. I am an associate with the law firm of Milbank, Tweed, Hadley & McCloy LLP, ("Milbank"), counsel for Compass USA SPE LLC, and its servicer, Compass Financial Partners LLC (together, "Compass"). I submit this supplemental declaration in support of Compass's Motion for Transfer of Venue to United States District Court for the District of Nevada. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, would testify competently thereto at trial.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a spreadsheet Pathfinder provided to Compass, listing the dates it received assignments of beneficial interests from Direct Lenders in each of the loans at issue.

3.      Attached hereto as Exhibit 2 are true and correct copies of proofs of claim filed in Bankruptcy Court for the District of Nevada Case No. BK-S-06-10725 (LBR), by "ALAN SIMON & CAROL SIMON TTEES OF THE SIMON FAMILY TRUST 2000" and "LARRY APIGIAN & LEONA APIGIAN HWJTWROS."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of July, 2008 in Los Angeles, California.

_Gabe Weaver_

Gabriel Weaver

**Exhibit 1**

Bay Pompano

| Name_Index | Investment1 | Closing Date |
|---|---|---|
| **April 10, '07** | | |
| Bolino | $75,000 | 12/21/2006 * |
| Dickinson | $100,000 | 12/21/2006 * |
| Magrisi and Dickinson | $50,000 | 12/21/2006 * |
| Dietzman | $50,000 | 12/21/2006 * |
| Eichhorn | $100,000 | 12/21/2006 * |
| Hamm | $50,000 | 12/21/06 |
| Hayward | $100,000 | 12/21/2006 * |
| Quinn | $50,000 | 12/21/06 |
| Samuels | $100,000 | 12/21/2006 * |
| Sapourn Legacy | $150,000 | 12/21/2006 * |
| Sargent | $50,000 | 12/21/2006 * |
| First Savings | $50,000 | 12/21/2006 * |
| Vivero | $50,000 | 12/21/2006 * |
| Cady | $100,000 | 12/29/06 |
| Cecil | $50,000 | 12/29/06 |
| Dean | $50,000 | 12/29/06 |
| Harding | $50,000 | 12/29/06 |
| Kovacs | $100,000 | 12/29/06 |
| Labadia | $50,000 | 12/29/06 |
| LeMar | $50,000 | 12/29/06 |
| Nogaim | $50,000 | 12/29/06 |
| First Savings | $50,000 | 1/9/07 |
| AIG Limited/Alves | $100,000 | 1/12/07 |
| Barbells | $50,000 | 1/12/07 |
| Chelew | $100,000 | 1/12/07 |
| Sierra West | $50,000 | 1/12/07 |
| Herdman | $50,000 | 1/12/07 |
| Markwell | $50,000 | 1/12/07 |
| Sterling | $50,000 | 1/12/07 |
| Addy | $50,000 | 1/16/07 |
| Casebolt | $50,000 | 1/16/07 |
| Goehner | $65,000 | 1/16/07 |
| Goldman | $100,000 | 1/16/07 |
| Melvin | $100,000 | 1/16/07 |
| Shope | $50,000 | 1/16/07 |
| Sigmen | $200,000 | 1/16/07 |

| Name | Amount | Date | |
|---|---|---|---|
| Wahl | $60,000 | 1/16/07 | |
| Flannery | $50,000 | 1/22/07 | Bay Pompano |
| Gladstone-Katz | $150,000 | 1/22/07 | |
| Brening | $50,000 | 1/29/07 | |
| Christ | $50,000 | 1/29/07 | |
| Godfrey | $100,000 | 1/29/07 | |
| Woldorsky | $150,000 | 1/29/07 | |
| Jellison | $50,000 | 2/16/07 | |
| Di Meo | $50,000 | 2/23/07 | |
| Archer | $50,000 | 3/9/07 | |
| Busse | $75,000 | 3/9/07 | |
| Eyre | $50,000 | 3/9/07 | |
| Fine | $50,000 | 3/9/07 | |
| Goldenthal | $100,000 | 3/9/07 | |
| Guptail | $50,000 | 3/9/07 | |
| Trepp | $90,000 | 3/9/07 | |
| Rothberg | $100,000 | 3/12/07 | |
| Vrbancic | $50,000 | 3/12/07 | |
| Ayers | $50,000 | 3/15/07 | |
| Halseth | $200,000 | 3/15/07 | |
| Lamph | $370,000 | 3/30/07 | |
| **May 8, '07** | | | |
| Kohler | $100,000 | 4/16/07 | |
| Jenkins | $200,000 | 5/8/07 | |
| **June 11, '07** | | | |
| Jenkins | $75,000 | 5/10/07 | |
| Cadwallader | $50,000 | 5/10/07 | |
| Martineau | $50,000 | 5/16/07 | |
| Singer | $50,000 | 6/12/07 | |
| **July 16, '07** | | | |
| Bay 370 Vreeland | $50,000 | 6/12/07 | |
| Bay 387 Zavosh | $50,000 | 6/12/07 | |
| Bay 94 DeHart/Hooks | $100,000 | 6/14/07 | |
| Bay 39 Bonfiglio | $100,000 | 6/20/07 | |
| Bay 205 Kreykes | $100,000 | 6/20/07 | |
| Bay 165 Harshman | $100,000 | 6/20/07 | |
| Bay 82 Dahlke | $50,000 | 6/20/07 | |
| Bay 372 Wade | $50,000 | 6/22/07 | |

| | | | Bay Pompano |
|---|---|---|---|
| Bay 90 S & P Davis | 6/26/07 | $100,000 | |
| Bay 207 Jester LP | 7/2/07 | $50,000 | Bay Pompano |
| Bay 348 KTaylorGo | 7/2/07 | $100,000 | |
| Bay 347 Taylor IRA | 7/6/07 | $85,000 | |
| Bay 360 Tuffanelli | 7/6/07 | $50,000 | |
| Oct. 4, '07 | | | |
| Wara | 10/2/07 | $200,000 | |
| Bay 85 Davis | 10/29/07 | $50,000 | |
| Bay 87 Davis | 10/29/07 | $50,000 | |
| Bay 385 Yegen | 10/29/07 | $50,000 | |
| May 13, '08 | | | |
| Bay 317 - Schneider | 10/29/07 | $50,000 | |
| Total: | | $6,445,000 | |

*Purchased from Debt Acquisition of America

| Name_Index | Invest Amt | Closing Date |
|---|---|---|
| **June 11, '07** | | |
| Alves | $  50,000 | 5/23/07 |
| Simmtex | 100,000 | 5/23/07 |
| First Savings of DeMaine | 50,000 | 5/23/07 |
| Deull | 50,000 | 5/23/07 |
| Gittelman | 50,000 | 5/23/07 |
| Hecker/Rosenfield | 50,000 | 5/23/07 |
| Huppi | 50,000 | 5/23/07 |
| Leaf | 50,000 | 5/23/07 |
| Lundin | 100,000 | 5/23/07 |
| First Savings of McLaws | 55,000 | 5/23/07 |
| Mehler | 75,000 | 5/23/07 |
| Shah | 50,000 | 5/23/07 |
| Thompson | 200,000 | 5/23/07 |
| Tepp | 100,000 | 5/23/07 |
| Wright | 50,000 | 5/23/07 |
| Yonai | 50,000 | 5/23/07 |
| Postigo | 85,000 | 5/25/07 |
| Campbell | 100,000 | 5/29/07 |
| Lenk | 50,000 | 5/30/07 |
| Apigian | 50,000 | 6/8/07 |
| Fuller | 50,000 | 6/8/07 |
| Molitch (Marilyn and Matthew) | 50,000 | 6/8/07 |
| Robbins | 75,000 | 6/8/07 |
| Stein | 50,000 | 6/8/07 |
| Dehart/Hooks | 75,000 | 6/13/07 |
| Dunton | 50,000 | 6/13/07 |
| Marshall | 50,000 | 6/13/07 |
| Sailon | 50,000 | 6/13/07 |
| Schultz | 50,000 | 6/13/07 |
| Simon | 50,000 | 6/13/07 |
| Sparks | 50,000 | 6/13/07 |
| Eames | 50,000 | 6/14/07 |
| Still | 50,000 | 6/14/07 |
| Stimpson | 50,000 | 6/14/07 |
| Kostechko | 100,000 | 6/19/07 |
| Bonofiglio | 100,000 | 6/20/07 |
| Denny | 72,000 | 6/20/07 |
| Gehle | 50,000 | 6/20/07 |
| Miller | 50,000 | 6/20/07 |
| Rogers | 60,000 | 6/20/07 |
| Trepp | 50,000 | 6/20/07 |
| Ezra | 75,000 | 7/2/07 |
| Corley | 75,000 | 7/2/07 |
| **July 16, '07 Update** | | |
| Salvatore Capodici & Mary Capodici | $  100,000 | 7/2/07 |
| First Savings Bank Custodian For Ellis L. Elgart IRA | 50,000 | 7/2/07 |
| George Minar & Virginia Minar | 50,000 | 7/2/07 |
| Bunny C. Vreeland | 50,000 | 7/2/07 |

Gramercy Ct

| | | |
|---|---|---|
| Eugene W. Cady & Sandra L, Cady | 275,000 | 7/10/07 |
| First Savings Bank Custodian For Howard Molitch IRA | 68,000 | 7/10/07 |
| Celso Acosta | 50,000 | 7/11/07 |
| Gail Hodes | 50,000 | 7/11/07 |
| Houghton Dental Corp Profit Sharing Plan for benefit of Geraldine Houghton | 100,000 | 7/11/07 |
| William J. Ovca Jr. Trustee of the Ovca Associates Inc. Defined Pension Plan | 75,000 | 7/11/07 |
| KTaylorGO Investments LTD a Texas company | 100,000 | 7/11/07 |
| Robert M. Taylor & Lettie Ladelle Taylo | 50,000 | 7/11/07 |
| **Aug. 1, '07 Update** | | |
| Evie Dean Trustee of the Evie Dean 2000 Trust dated 12/12/00 | $  50,000 | 7/24/07 |
| Evelyn Matonovich Trustee of the Matonovich Family Trust dated 5/16/73 (KWA31 | 50,000 | 7/24/07 |
| Evelyn Matonovich Trustee of the Matonovich Marital Trust UAD 1/25/77 | 70,000 | 7/24/07 |
| Yankee Holdings LLC an Arizona corporation | 50,000 | 7/30/07 |
| **Oct. 4 '07 Update** | | |
| Gram 22 Jerome Block | $  50,000 | 8/21/2007 |
| Gram 121 Gayle Hall | 50,000 | 8/21/2007 |
| Gram 180 Robert Levy and Renee Levy | 50,000 | 9/20/2007 |
| Gram 218 Douglas O'Herron | 50,000 | 8/21/2007 |
| Gram 224 Sierra Health Services | 1,000,000 | 9/19/2007 |
| Gram 140 Hobbs | 55,000 | 10/3/2007 |
| Gram 314 Walter | 50,000 | 10/3/2007 |
| Gram 302 Urban | 50,000 | 10/3/2007 |
| Gram 105 Susan Gackenbach | 200,000 | 10/3/2007 |
| **May 13, '08 Update** | | |
| **Gram 45 Thomas Clarke** | **50,000** | **10/16/2007** |
| **Gram 74 Heidi Dixon** | **60,000** | **10/16/2007** |
| **Gram 106 David Gackenbach** | **150,000** | **11/9/2007** |
| **Gram 113 Gladstone-Katz** | **100,000** | **11/9/2007** |
| **Gram 146  Hilary Huffman** | **50,000** | **1/3/2008** |
| **Gram 216  Olga O'Buch** | **50,000** | **1/3/2008** |
| **Gram 77  Glenn Donahue** | **50,000** | **2/19/2008** |
| **Gram 163 Evelyn Kitt** | **50,000** | **2/19/2008** |
| **Gram 76 Michael Donahue** | **50,000** | **3/17/2008** |
| **Total:** | **$   6,200,000** | |
| **Total:** | | |

| May 8, '07 | | |
|---|---|---|
| AIG | $ 50,000 | 2/1/07 |
| Rothberg | 50,000 | 3/26/07 |
| Surber | 50,000 | 3/26/07 |
| Gackenbach | 100,000 | 3/27/07 |
| Houston | 100,000 | 3/27/07 |
| Jellison | 50,000 | 3/27/07 |
| Jones | 50,000 | 3/27/07 |
| Shier Chickering | 50,000 | 3/27/07 |
| Barish/Simmex | 50,000 | 3/27/07 |
| Woldorsky | 50,000 | 3/27/07 |
| First Savings (Jellison) | 60,000 | 3/29/07 |
| Halseth | 100,000 | 4/9/07 |
| Helms, Terry | 2,000,000 | 4/9/07 |
| Miller | 50,000 | 4/9/07 |
| Raker | 50,000 | 4/9/07 |
| Carsten | 80,000 | 4/11/07 |
| PLB | 65,000 | 4/11/07 |
| Schultz | 50,000 | 4/11/07 |
| Brice | 50,000 | 4/13/07 |
| Prakelt | 50,000 | 4/17/07 |
| Kohler | 75,000 | 4/19/07 |
| Lifton | 50,000 | 4/19/07 |
| Trager | 100,000 | 4/19/07 |
| Coffin | 50,000 | 4/20/07 |
| Doerr | 85,000 | 4/20/07 |
| Olds | 50,000 | 4/20/07 |
| Spencer | 60,000 | 4/20/07 |
| Threlfall | 100,000 | 4/20/07 |
| Yonai | 75,000 | 4/20/07 |
| Shackelford | 50,000 | 4/20/07 |
| First Savings (Sharp) | 50,000 | 4/23/07 |
| Area 2 | 50,000 | 5/1/07 |
| Collins | 50,000 | 5/1/07 |
| Henningsen | 50,000 | 5/1/07 |
| Gerwin | 330,000 | 5/2/07 |
| Heinen | 100,000 | 5/2/07 |
| Herrman | 50,000 | 5/2/07 |
| Kiven | 50,000 | 5/2/07 |
| Tysseling | 100,000 | 5/2/07 |
| Cadwallader | 50,000 | 5/4/07 |
| Elgart | 50,000 | 5/4/07 |
| Oldham | 50,000 | 5/4/07 |
| First Savings (Shelley) | 75,000 | 5/4/07 |
| Graham | 50,000 | 5/4/07 |
| Greenberg | 50,000 | 5/4/07 |
| Halfter | 50,000 | 5/4/07 |
| Stryks Shaw | 50,000 | 5/4/07 |
| Virga | 50,000 | 5/4/07 |
| Cohen | 50,000 | 5/4/07 |

Palm Harbor Purchase Report

| | | | |
|---|---|---:|---|
| Kebble | | 50,000 | 5/4/07 |
| Flood | | 50,000 | 5/7/2008 |
| Keith | | 150,000 | 5/8/07 |
| Hagberg | | 100,000 | 5/8/07 |
| Campbell, Bob | | 70,000 | 5/8/07 |
| Klevay | | 50,000 | 5/14/07 |
| Rafferty | | 50,000 | 5/15/07 |
| Kwiatkowski | | 50,000 | 5/16/07 |
| **June 11, '07** | | | |
| Ferguson | $ | 50,000 | 5/10/07 |
| Stater Family LP | | 300,000 | 5/10/07 |
| Dahlke | | 50,000 | 5/12/07 |
| Voglis | | 50,000 | 5/17/07 |
| Martineau | | 50,000 | 5/17/07 |
| Routsis | | 50,000 | 5/17/07 |
| Rieger | | 50,000 | 5/17/07 |
| Haider | | 50,000 | 5/21/07 |
| Willett | | 50,000 | 5/24/07 |
| Geisser | | 50,000 | 6/5/07 |
| **July 16, '07** | | | |
| Palm 167 Dehart | $ | 100,000 | 6/14/07 |
| Palm194 Mineconzo | | 50,000 | 7/2/07 |
| Palm280 KTaylorGo | | 100,000 | 7/2/07 |
| Palm169 Kreykes | | 50,000 | 7/2/07 |
| Palm173 Lampert | | 60,000 | 7/2/07 |
| Palm 110 Ghidossi | | 55,000 | 7/18/07 |
| **Aug. 1, '07** | | | |
| Palm 2 Liberty Resource Management, Corp | $ | 200,000 | 7/16/07 |
| **Oct. 4, '07** | | | |
| Palm 1 Acosto | $ | 50,000 | 8/1/2007 |
| Palm 65 Davis Investments | | 300,000 | 9/17/2007 |
| Palm 241 Romonoski | | 65,000 | 9/17/2007 |
| Palm 308 Zenor | | 50,000 | 10/11/2008 |
| Palm 224 Pidgeon | | 100,000 | 10/11/2008 |
| Palm 36 Burlingame | | 70,000 | 10/11/2008 |
| **May 13, '08** | | | |
| **Palm 55 Iris Corley** | | **50,000** | **1/28/2008** |
| **Palm 254 Ryan Shane and Tracy Benson- Shane** | | **50,000** | **1/28/2008** |
| **Palm 54 Billy James Corley** | | **50,000** | **2/19/2008** |
| **Palm 106 Thorton Garth** | | **50,000** | **3/26/2008** |
| **Palm 249 Irwin Schneider** | | **50,000** | **4/10/2008** |
| **Total:** | $ | **8,025,000** | |

**Exhibit 2**

| Creditor:          (2861460)<br>LARRY APIGIAN & LEONA<br>APIGIAN HWJTWROS<br>172 WOODLAND RD<br>GOLDENDALE WA 98620 | Claim No: 1962<br>*Filed:*     01/12/2007<br>*Entered:* 01/12/2007 | *Status:*<br>*Filed by:* CR<br>*Entered by:* BMC GROUP, INC.<br>*Modified:* |
|---|---|---|
| Unsecured claimed:  $178150.36<br>Secured    claimed:  $178150.36<br>**Total        claimed: $356300.72** | | |
| *History:*<br>   1962-1 01/12/2007 Claim #1962 filed by LARRY APIGIAN & LEONA APIGIAN HWJTWROS ,<br>       total amount claimed: $356300.72 (BMC GROUP, INC.) | | |
| *Description:* | | |
| *Remarks:* (1962-1) Original Proof of Claim received at BMC on 1/10/2007. | | |

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>USA Commercial Mortgage Company | Case Number<br>06-10725-LBR |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Larry Apibian + Leona Apibian, husband + wife, as Joint Tenants with ROS

Name and address where notices should be sent:
172 WOODLAND RD
GOLDENDALE WA 98620
Telephone number: (509) 773-6901

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces ☐ amends   a previously filed claim, dated: _____
if this claim

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other — See Exhibit A

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)        (date)

**2. Date debt was incurred:** Jan, 2004

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

Unsecured Nonpriority Claim $ 178,150.36
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ _____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☒ Real Estate   ☐ Motor Vehicle   ☐ Other _____

Value of Collateral: $ Unknown

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 3,150.36

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $178,150.36   178,150.36   _____   178,150.36
(unsecured)   (secured)   (priority)   (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date
1/9/2007

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Leona Apibian

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*Larry Apibian + Leona Apibian, husband + wife*
*as joint tenants with right of survivorship*

# EXHIBIT A

## To Proof Of Claim

**A.**    **Amount Of Claim**

1.    Total Amount Invested With USA Commercial Mortgage:    *216,666.67*

2.    Interest Due From March 1, 2006 through April 12, 2006:    *3,150.36*

3.    Minus total amount of previously filed A-4 claims by
Debtor for Diverted Principal:[1]    *[ 41,666.67 ]*

4.    **TOTAL CLAIM**
**(line 1 plus (+) line 2 minus (-) line 3):**    *178,150.36* [2]

---

**B.**    **Basis of Claim**

_____ This Proof of Claim is intended to cover claims for the following:

   a.    breach of fiduciary duties that have resulted in the erosion of principal investments and
the value of collateral based on triggering of default rate interest rates, late fees,
foreclosure costs and fees, maintenance expenses, marketing expenses and market
conditions;

   b.    fraudulent misrepresentations related to the value of collateral, and the failure to
disclose insider involvement in loans, which have resulted in the erosion of principal
investments and the value of collateral;

   c.    unpaid interest on investments;

   d.    any prepetition claims against the Debtor related to, or arising our of, what has been
labeled by this Court as Prepaid Interest; and

   e.    improperly levied prepetition loan serving fees and collection fees (in some, but not
all, cases).

---

   [1]This Proof of Claim is not intended to amend or replace previously filed Claims for Diverted
Principal (the "Diverted Principal Claim"). This Proof of Claim sets forth additional claims unrelated to
Diverted Principal. The total amount of this creditor's claim is equal to the total of the two Proofs of
Claim (the Diverted Principal Claims filed by the Debtor, plus this Proof of Claim).

   [2]Because it is presently impossible to accurately calculate the total value of all collateral for this
claim, the total claim amount is being submitted as both a secured and unsecured claim in order to fully
preserve, protect and assert any and all claims to the extent they be either secured or unsecured.

*LARRY APILIAN & LEONA APILIAN, husband + wife, as Joint Tenants with right of survivorship*

## EXHIBIT B

## To Proof Of Claim

*Attached are Loan Statements in support of this claim.*



For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

4484 S. Pecos Rd.
Las Vegas NV 89121

Larry Apigian
172 Woodland Road
Goldendale, WA 98620

| Statement Information | |
|---|---|
| Page Count | 1 |
| Statement As Of | 02/28/2006 |
| Payment Method | Direct Deposit |

## Payment Summary

Account: Larry Apigian & Leona Apigian, husband & wife, as joint tenants with right of survivorship

| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
|---|---|---|---|
| 4 | $ 0.00 | $ 2,051.40 | $ 2,051.40 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: Bundy Canyon | | Original Investment: $ 50,000.00 | | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment: Freeway 101 | | Original Investment: $ 50,000.00 | | IR: 12.00% | YTD Interest: $ 1,250.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 41,666.67 | $ 41,666.67 | $ 388.89 |
| Totals: | | | $ 41,666.67 | $ 41,666.67 | $ 388.89 |
| Investment: Gramercy Court | | Original Investment: $ 50,000.00 | | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Investment: Marlton Square | | Original Investment: $ 75,000.00 | | IR: 12.50% | YTD Interest: $ 2,343.75 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 75,000.00 | $ 75,000.00 | $ 729.17 |
| Totals: | | | $ 75,000.00 | $ 75,000.00 | $ 729.17 |

## Full Account Summary

Account: Larry Apigian & Leona Apigian, husband & wife, as joint tenants with right of survivorship

| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
|---|---|---|
| $ 225,000.00 | $ 216,666.67 | $ 6,593.78 |

**For a detailed breakdown of your statement or additional account information, please visit
http://www.tdinvestments.com**

Case 1:08-cv-05298-JSR     Document 24-3     Filed 07/21/2008     Page 7 of 11

| Creditor:          (2860688)<br>ALAN SIMON & CAROL SIMON TTEES<br>OF THE<br>SIMON FAMILY TRUST 2000<br>ALAN SIMON & CAROL SIMON TTEES<br>1800 WALDMAN AVE<br>LAS VEGAS NV 89102-2437 | Claim No: 1909<br>*Filed:*     01/11/2007<br>*Entered:* 01/11/2007 | Status:<br>*Filed by:* CR<br>*Entered by:* BMC GROUP, INC.<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $101433.34 |
|---|
| Secured     claimed: $101433.34 |
| **Total**        **claimed: $202866.68** |

*History:*
☐ 1909-1  01/11/2007 Claim #1909 filed by ALAN SIMON & CAROL SIMON TTEES OF THE , total amount claimed:
$202866.68 (BMC GROUP, INC.)

*Description:*

*Remarks:* (1909-1) Original Proof of Claim received at BMC on 1/10/2007.

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor USA Commercial Mortgage Company | Case Number 06-10725-LBR |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property) Alan Simon & Carol Simon Trustees of the Simon Family Trust 2000 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars |
|---|---|

Name and address where notices should be sent
Alan Simon & Carol Simon ttees
1800 Waldman Ave
Las Vegas NV 89102-2437
Telephone number 702-387-3331

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court

THIS SPACE IS FOR COURT USE ONLY

| Last four digits of account or other number by which creditor identifies debtor | Check here if this claim | ☐ replaces ☐ amends   a previously filed claim dated _____ |
|---|---|---|

**1  Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other   see exhibit A

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed
  from _____ to_____
  (date)                  (date)

**2  Date debt was incurred** April, 2002

**3.  If court judgment, date obtained**

**4  Classification of Claim** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**Unsecured Nonpriority Claim** $ 101,433 34
☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $_____

Specify the priority of the claim
- ☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U S C § 507(a)(4)
- ☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**Secured Claim**
☑ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
☑ Real Estate   ☐ Motor Vehicle   ☐ Other_____
Value of Collateral $  unknown

Amount of arrearage and other charges at time case filed included in secured claim if any  $ 1,433 34

- ☐ Up to $2 225* of deposits toward purchase, lease, or rental of property or services for personal family or household use - 11 U S C § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(___)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5  Total Amount of Claim at Time Case Filed** $ 101,433 34     101,433 34                     101,433 34
(unsecured)     (secured)     (priority)     (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6  Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

THIS SPACE IS FOR COURT USE ONLY

**7  Supporting Documents** Attach copies of supporting documents, such as promissory notes, purchase orders invoices itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous attach a summary

**8  Date-Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim

| Date 01/08/07 | Sign and print the name and title if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) *Carol Simon trustee*  *Trustee* |
|---|---|

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571

**EXHIBIT A**

**To Proof Of Claim**

**A. Amount Of Claim**

1 Total Amount Invested With USA Commercial Mortgage          $ 101,164 97

2 Interest Due From March 1, 2006 through April 12, 2006          $      1,433 34

3 Minus total amount of previously filed A-4 claims by
Debtor for Diverted Principal ₁          [$      1,164 97 ]

4 **TOTAL CLAIM**
**(line 1 plus (+) line 2 minus (-) line 3):**          $  101,433.34₂

**B  Basis of Claim**

This Proof of Claim is intended to cover claims for the following

a  breach of fiduciary duties that have resulted in the erosion of principal investments
and the value of collateral based on triggering of default rate interest
rates, late fees, foreclosure costs and fees, maintenance expenses, marketing
expenses and market conditions,

b  fraudulent misrepresentations related to the value of collateral, and the failure to
disclose insider involvement in loans, which have resulted in the erosion of
principal investments and the value of collateral,

c  unpaid interest on investments,

d  any prepetition claims against the Debtor related to, or arising our of, what has
been labeled by this Court as Prepaid Interest, and

e  improperly levied prepetition loan serving fees and collection fees (in some, but
not all, cases)

---

₁This Proof of Claim is not intended to amend or replace previously filed Claims for Diverted
Principal (the "Diverted Principal Claim") This Proof of Claim sets forth additional claims
unrelated to Diverted Principal The total amount of this creditor's claim is equal to the total of
the two Proofs of Claim (the Diverted Principal Claims filed by the Debtor  plus this Proof of
Claim)
₂Because it is presently impossible to accurately calculate the total value of all collateral for this
claim, the total claim amount is being submitted as both a secured and unsecured claim in order to
fully preserve, protect and assert any and all claims to the extent they be either secured or
unsecured

**EXHIBIT B**

**To Proof Of Claim**

*Attached are Loan Statements in support of this claim*



4484 S Pecos Rd
Las Vegas NV 89121

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

ldallallladalldallallldadaldlllladlld
Alan Simon
1800 Waldman Ave
Las Vegas, NV 89102

## Statement Information

| Page Count | 1 |
|---|---|
| Statement As Of | 02/28/2006 |
| Payment Method | Direct Deposit |

*[handwritten vertical note at left: Pd except $1,164.97 diverted]*

## Payment Summary

| Account  Alan Simon & Carol Simon Trustees of the Simon Family Trust 2000 | | | |
|---|---|---|---|
| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
| 3 | $ 0 00 | $ 1,400 01 | $ 1,400 01 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| **Investment  Bundy Canyon** | | Original Investment | $ 50,000 00 | IR 12 00% | YTD Interest $ 1,500 01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000 00 | $ 50,000 00 | $ 466 67 |
| Totals | | | $ 50,000 00 | $ 50,000 00 | $ 466 67 |
| **Investment  Gramercy Court** | | Original Investment | $ 50,000 00 | IR 12 00% | YTD Interest $ 1,500 01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000 00 | $ 50,000 00 | $ 466 67 |
| Totals | | | $ 50,000 00 | $ 50,000 00 | $ 466 67 |
| **Investment  Roam Develonment** | | Original Investment | $ 50,000 00 | IR 12 00% | YTD Interest $ 1,500 01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000 00 | $ 50,000 00 | $ 466 67 |
| Totals | | | $ 50,000 00 | $ 50,000 00 | $ 466 67 |

## Full Account Summary

| Account   Alan Simon & Carol Simon Trustees of the Simon Family Trust 2000 | | |
|---|---|---|
| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
| $ 150,000 00 | $ 150,000 00 | $ 4,500 03 |

**For a detailed breakdown of your statement or additional account information, please visit
http //www tdinvestments com**

*[handwritten: Rec 3/13/06]*